UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CASANDRA VENTURA                                        :
                                                        :   Civil Case No.: 23-cv-10098
                Plaintiff,             :
                                                        :
       v.                                              :
                                                        :
SEAN COMBS, BAD BOY ENTERTAINMENT,                      :   **NOTICE OF APPERANCE**
BAD BOY RECORDS, EPIC RECORDS, COMBS                    :
ENTERPRISES, LLC, and DOE CORPS. 1-10,                  :
                                                        :
                Defendants.            :
----------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Meredith A. Firetog of Wigdor LLP hereby enters her appearance as counsel on behalf of Plaintiff Casandra Ventura in the above-captioned matter.

Dated: November 16, 2023
       New York, New York                    Respectfully submitted,

                                                           **WIGDOR LLP**

                                                             By: _____
                                                                  Meredith A. Firetog

                                                            85 Fifth Avenue
                                                           New York, NY 10003
                                                          Telephone: (212) 257-6800
                                                          Facsimile: (212) 257-6845
                                                          mfiretog@wigdorlaw.com
                                                          *Counsel for Plaintiff*