UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CASANDRA VENTURA :
:
               Plaintiff, :    Civil Case No.: 23-cv-10098
:
v. :
:
SEAN COMBS, BAD BOY ENTERTAINMENT, :    **NOTICE OF APPERANCE**
BAD BOY RECORDS, EPIC RECORDS, COMBS :
ENTERPRISES, LLC, and DOE CORPS. 1-10, :
:
               Defendants. :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Michael J. Willemin of Wigdor LLP hereby enters her appearance as counsel on behalf of Plaintiff Casandra Ventura in the above-captioned matter.

Dated:  November 16, 2023
         New York, New York                     Respectfully submitted,

                                                        **WIGDOR LLP**

                                                        By: _____
                                                             Michael J. Willemin

                                                        85 Fifth Avenue
                                                        New York, NY 10003
                                                        Telephone: (212) 257-6800
                                                        Facsimile: (212) 257-6845
                                                        mwillemin@wigdorlaw.com
                                                        *Counsel for Plaintiff*