UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CASANDRA VENTURA                                      :
                                                  :  Civil Case No.: 23-cv-10098
              Plaintiff,       :
                                                  :  **NOTICE OF DISMISSAL**
          v.                                                       :  <u>**WITH PREJUDICE**</u>
                                                  :
SEAN COMBS, BAD BOY ENTERTAINMENT,     :
BAD BOY RECORDS, EPIC RECORDS, COMBS  :
ENTERPRISES, LLC, and DOE CORPS. 1-10,          :
                                                  :
             Defendants.        :
-------------------------------------------------------------X

Pursuant to an agreement between the parties, Plaintiff hereby dismisses this action, with prejudice and without costs or fees to either party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 20, 2023

**WIGDOR LLP**

By: _____

Douglas H. Wigdor
Meredith A. Firetog
Michael J. Willemin

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
mwillemin@wigdorlaw.com

*Attorneys for Plaintiff*