UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CASANDRA VENTURA

                Plaintiff,

v.

SEAN COMBS, BAD BOY ENTERTAINMENT,
BAD BOY RECORDS, EPIC RECORDS, COMBS
ENTERPRISES, LLC, and DOE CORPS. 1-10,

                Defendants.
-----------------------------------------------------------------X

Civil Case No.: 23-cv-10098

**NOTICE OF DISMISSAL
WITH PREJUDICE**

Pursuant to an agreement between the parties, Plaintiff hereby dismisses this action, with prejudice and without costs or fees to either party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 20, 2023

**WIGDOR LLP**

By: _____

Douglas H. Wigdor
Meredith A. Firetog
Michael J. Willemin

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
mwillemin@wigdorlaw.com

*Attorneys for Plaintiff*

So ordered.
[signature]
11/21/23

1